# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| PEYTON TAYLOR, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV419-054 |
| USA KING TRANSPORT, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff's Application for Appointment of Special Process Server. Doc. 5. In the Application, plaintiff requests that the Court appoint Accell Process Service, Inc. to serve Leonardo Zambrana at his residence in Broward County, Florida. *Id.* Plaintiff states that the appointment is required under Fed. R. Civ. P. 4(c)(3) "to properly effect service." *Id.* However, it is not clear from plaintiff's application why the normal process of service under Fed. R. Civ. P. 4(c)(2) in compliance with Fed. R. Civ. P. 4(e) is insufficient in this case. Accordingly, the Court **DISMISSES** the application **WITHOUT PREJUDICE**.

**SO ORDERED** this 15th day of March, 2019

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA