# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PEYTON TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV419-054 |
| USA KING TRANSPORT, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court previously stayed this case until July 27, 2020 pending the parties' notification of an intent to schedule either a settlement conference or mediation. Doc. 46. The parties have notified the Court that they have a mediation scheduled for July 27, 2020. Doc. 47. Accordingly, the Court will **EXTEND** the stay up to and including August 10, 2020. The parties are **DIRECTED** to file a notice regarding the outcome of the mediation prior to the conclusion of the stay.

**SO ORDERED,** this 10th day of July, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA