## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

PEYTON TAYLOR,

             Plaintiff,

     v.

USA KING TRANSPORT, INC.; LEONARD
ZAMBRANA; and NATIONAL SPECIALTY
INSURANCE COMPANY,

             Defendants.

CIVIL ACTION NO.: 4:19-cv-54

## O R D E R

Before the Court is the Joint Stipulation of Dismissal filed by Plaintiff and all Defendants on September 1, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own costs and fees.  (Doc. 50.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

     **SO ORDERED**, this 9th day of September, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA